IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MILTON TOYA

    Petitioner,

v.                                                     CIV 17-0258 JCH/KBM

ALAN TOLEDO, Pueblo of Jemez Tribal Court Judge,
JOSEPH A. TOYA, Pueblo of Jemez Governor,
WILLIAM WAQUIE, Pueblo of Jemez 1st Lt. Governor, and
JONATHAN ROMERO, Pueblo of Jemez 2nd Lt. Governor,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on September 9, 2017 *(Doc. 18)*. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither Petitioner nor Respondents have not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 18)* is ADOPTED;

2.     Petitioner's First Amended Petition for Writ of Habeas Corpus for Relief from a Tribal Court Conviction Pursuant to 25 U.S.C. § 1303 (*Doc. 10*) is GRANTED;

3.     Petitioner's conviction is REVERSED; and

4. A final order will be entered concurrently herewith.

>                                         _____
>                                         UNITED STATES DISTRICT JUDGE